1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY FRANCIS DURDEN,

11              Plaintiff,                          No.  2:13-cv-0533 KJN P

12         vs.

13   EL DORADO SUPERIOR COURT, et al.,

14              Defendants.                         ORDER

15   _____/

16              Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil

17   rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma

18   pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which

19   must be completed by plaintiff's institution of incarceration has not been filled out.  Also,

20   plaintiff has not filed a certified copy of his prison trust account statement for the six month

21   period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

22   Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis

23   application and a certified copy in support of his application.

24   ////

25   ////

26   ////

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall submit, within thirty days from the date of this order, a

3    completed affidavit in support of his request to proceed in forma pauperis on the form provided

4    by the Clerk of Court;

5    2.  The Clerk of the Court is directed to send plaintiff a new Application to

6    Proceed In Forma Pauperis By a Prisoner; and

7    3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8    copy of his prison trust account statement for the six month period immediately preceding the

9    filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10   recommendation that this action be dismissed without prejudice.

11   DATED:  March 21, 2013

12

13                                                   KENDALL J. NEWMAN

14                                                   UNITED STATES MAGISTRATE JUDGE

15   durd0533.3c+new

16

17

18

19

20

21

22

23

24

25

26