IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY FRANCIS DURDEN,

          Plaintiff,                     No.  2:13-cv-0533 KJN P

     vs.

EL DORADO SUPERIOR COURT, et al.,

          Defendants.           <u>ORDER</u>

_____/

         Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

////

////

////

1    In accordance with the above, IT IS HEREBY ORDERED that:

2         1.  Plaintiff shall submit, within thirty days from the date of this order, a

3    completed affidavit in support of his request to proceed in forma pauperis on the form provided

4    by the Clerk of Court;

5         2.  The Clerk of the Court is directed to send plaintiff a new Application to

6    Proceed In Forma Pauperis By a Prisoner; and

7         3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8    copy of his prison trust account statement for the six month period immediately preceding the

9    filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10   recommendation that this action be dismissed without prejudice.

11   DATED:  March 21, 2013

12

13

14   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

15   durd0533.3c+new

16

17

18

19

20

21

22

23

24

25

26