IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY FRANCIS DURDEN,

    Plaintiff,               No. 2:13-cv-0533 KJN P

    vs.

EL DORADO SUPERIOR COURT, et al.,              <u>ORDER AND</u>

    Defendants.         <u>FINDINGS AND RECOMMENDATIONS</u>

                           /

          By an order filed March 22, 2013, plaintiff was ordered to file a complete in forma pauperis affidavit and a certified copy of his prison trust account statement within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed in forma pauperis affidavit and certified trust account statement.

          In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

          IT IS RECOMMENDED that this action be dismissed without prejudice.

////

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
3  days after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that
6  failure to file objections within the specified time may waive the right to appeal the District
7  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
8  DATED:  May 3, 2013

10  _____
    KENDALL J. NEWMAN
11  UNITED STATES MAGISTRATE JUDGE

12  durd0533.fifp