UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FRANCIS DURDEN, | No. 2:13-cv-0533 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO SUPERIOR COURT, et al., | |
| Defendants. | |

On January 24, 2014, plaintiff filed a document styled as an affidavit. However, this civil rights action was closed on July 2, 2013. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: February 4, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

durd0533.58

1